IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3017 |
| | ) | |
| v. | ) | |
| | ) | |
| MELISSA WOODSON a/k/a | ) | ORDER |
| MELISSA EMERALD-ANN | ) | |
| WOODSON a/k/a MELISSA | ) | |
| JUERGEN a/k/a MELISSA | ) | |
| JUERGENA, a/k/a MELISSA JURGENA, and | ) | |
| MIDLAND FUNDING LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the Plaintiff's Motion to Amend Caption, (filing 5), and for good cause shown,

IT IS HEREBY ORDERED that the Motion is granted and the caption is revised to add the spelling of a defendant's name as set forth in the Motion, and as set forth above.

DATED February 20, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge